## Sturdevant, Appellant, *v.* Dalton Sewer Authority.

Submitted July 19, 1971. Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*William Zacharellis,* for appellant.

*John J. Dunn,* and *Shearer, Mette & Hoerner,* for appellee.

OPINION PER CURIAM, August 10, 1971:
Decree of April 30, 1971 vacated. The matter is remanded to the court below with instructions to im-

mediately proceed to permit appellee to file preliminary objections to the complaint, if it so desires, or, in lieu thereof, an answer on the merits, in which latter event upon filing of such answer, an evidentiary hearing should be held forthwith and the matter determined with expedition.